IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

HD

USDC- BALTIMORE
'24 DEC 19 PM 4:12

Rcv'd by:_____

Emmett Guyton
5922 Frankford Ave.
Baltimore, MD 21206

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Vicinity Energy Corporation

"See attached"

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
*(check one)*

Emmet Guyton

5922 Frankford Ave.

Baltimore, MD. 21206

EEOC charge number: 531-2023-00716

Complaint

    vs.

Vicinity Energy Corporation

For Respondent

Larry R Seegull, Principal

Jackson Lewis P. C.

2800 Quarry Lake DR STE 200

Baltimore, MD. 21209

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                    Emmett Guyton
Street Address          5922 Frankford Ave
City and County         Baltimore,
State and Zip Code      Maryland 21206
Telephone Number        443-800-0723 or 443-418-1773
E-mail Address          eglong69@gmail.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name                    Larry R. Seegull, Principal
Job or Title            Representative for Vicinity
(if known)
Street Address          2800 Quarry Lake DR Ste 200
City and County         Baltimore
State and Zip Code      Maryland 21209
Telephone Number
E-mail Address
(if known)

2

Defendant No. 2

    Name _____

    Job or Title _____
    (if known)

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address _____
    (if known)

Defendant No. 3

    Name _____

    Job or Title _____
    (if known)

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address _____
    (if known)

*(If there are more than three defendants, attach an additional page providing the same information for each additional defendant.)*

**C.    Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

    Name       Vicinity Energy Corporation

    Street Address   1400 Ridgely St.

    City and County  Baltimore

    State and Zip Code  Maryland 21230

    Telephone Number  (410) 649-2200

3

## II.   Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Other federal law *(specify the federal law)*:
_____

☐   Relevant state law *(specify, if known)*:
_____

☐   Relevant city or county law *(specify, if known)*:
_____

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

I, Emmett Guyton is requesting a jury trial for my age discrimination case against Vicinity. I have witness that will testy under oath that I was a safe worker and that all claims made against me are fraudulent. I ~~text~~ have information to back my case that Vicinity energy corporation terminated several employees that were 50 years and over. This occurred from 2017 to 2022. I'm seeking 3 years of back pay along with punitive damages. Once court date has been set, I'll have attorney to represent me, this has been very costly to me and my family because I was out work for many months as my bills pile up. I was an employee for close to 33 years at Vicinity energy. We did try meditation but the offer was very low not enough to cover 2 weeks of work. My case number from the EEOC is 531-2023-00716 and my attachment letter from EEOC granting me Right to Sue. These are list names of employees that was terminated all over age of 50, Timothy Brushmiller, Randy Disney, Ron Horseman, Steve Dawson, Fred Catharine. Vicinity energy stated they fired 2 other employees for reasons like mine that was untrue they were terminated for having a relationship with one another and either did not have 2 years of employment with Vicinity Energy Corporation

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

  ☐ Failure to hire me.

  ☑ Termination of my employment.

  ☐ Failure to promote me.

  ☐ Failure to accommodate my disability.

  ☐ Unequal terms and conditions of my employment.

  ☑ Retaliation.

  ☐ Other acts *(specify)*: _____

  *(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

  __March 2022_____

C.   I believe that defendant(s) *(check one)*:

  ☐ is/are still committing these acts against me.

  ☐ is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

  ☐ race _____

  ☐ color_____

  ☐ gender/sex _____

  ☐ religion _____

  ☐ national origin _____

  ☑ age.  My year of birth is __1968__. *(Give your year of birth only if you are asserting a claim of age discrimination.)*

  ☐ disability or perceived disability *(specify disability)*

  _____

5

E.    The facts of my case are as follows.  Attach additional pages if needed.

New management arrive at Vicinity Energy
And statement that was made by supervisor
Jay Snively, "I believe they will get rid many
older employees." They fired many employees ~for
various reasons including Jay Snively. The employees
start a union fearing this practice would not stop.

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

_December 2023_

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*

_October 2, 2024_

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑    60 days or more have elapsed.

☐    less than 60 days have elapsed.

6

## V.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I'm seeking 3 years of back pay along with punitive Damages. I was out of work for several months, had to go one welfare, and food stamps. The total I'm asking for $150,000 dollars.

7

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12|19, 2024

Signature of Plaintiff   _Emett Gyton_

Printed Name of Plaintiff   _Emmett Guyton_

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.   For Attorneys

Date of signing: _____, 20__.

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Address   _____

Telephone Number   _____

E-mail Address   _____